**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zhang Zhenbiao

Plaintiff,

v.

Case No.: 1:26−cv−06192
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Non−party Amazon.com, Inc. ("Amazon") is hereby granted leave to intervene. Amazon's motion to stay [41] enforcement of the Court's order of 8/11/2026 insofar as it calls for transfer of funds is granted. The case is set for a telephonic status hearing on 11/10/2026 at 9:00 AM. A joint status report (plaintiff and Amazon) is to be filed on 11/3/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.